IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**LANHAM INSULATION, INC.**
13127 Middletown Industrial Boulevard
Louisville, KY 40223,

Case No.
3:17-mc-00018-slc

Plaintiff,

v.

**DS STAINLESS PROCESS PIPING, INC.**
300 South 11th Street
Abbotsford, WI 54405,

Defendant.

**ORDER GRANTING MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT**

Based on the files and proceedings herein, and it appearing good cause exists,

**IT IS HEREBY ORDERED:** The Motion for Issuance of Writ of Garnishment ("Motion") filed by Plaintiff, Lanham Insulation, Inc. ("Lanham"), is granted, and the Clerk of Court shall caused to be sealed and issued the Non-Earning Garnishment Summons and Complaint filed with the Motion.

Dated this 20th day of November, 2017.

Drafted by:
Brian P. Thill
Wisconsin State Bar Number: 1039088
bthill@murphydesmond.com
Murphy Desmond S.C.
33 East Main Street, Suite 500
P.O. Box 2038
Madison, WI 53701
Phone: (608) 257-7181
Facsimile: (608) 257-2508

34952.171612
4824-2980-0532, v. 1

BY THE COURT:

_[signature]_

Stephen L. Crocker, Magistrate Judge,
United States District Court,
Western District of Wisconsin